UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Manfredi Law Group, PLLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>FIRST CHOICE AUTOMOTIVE CORP., RONIEL GUZMAN DIAZ, individually and on behalf of FIRST CHOICE AUTOMOTIVE CORP.,<br><br>            Defendants. | 23 Civ. 1520 (JMF) |

**ORDER**

AND NOW, on consideration of the United States' Notice of Consent to Voluntary Dismissal, it is hereby ORDERED as follows:

This matter is dismissed ~~with~~ without prejudice as to Relator, ~~but~~ and without prejudice as to the United States. The clerk of court shall mark this case as CLOSED. All conferences are cancelled.

IT IS SO ORDERED,

This __7__ day of __October__, 2024.
New York, New York

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE